1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
2  IRENE YANG (STATE BAR NO. 245464)
   K&L GATES LLP
3  Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
4  Telephone:  (415) 882-8200
   Facsimile:   (415) 882-8220
5  mike.bettinger@klgates.com
6  irene.yang@klgates.com

7  MICHAEL J. ABERNATHY (*PRO HAC VICE*)
   BRIAN J. ARNOLD (*PRO HAC VICE*)
8  K&L GATES LLP
   70 West Madison, Suite 3100
9  Chicago, Illinois 60602
10 Telephone:  312.372.1121
   Facsimile:   312.827.8000
11 michael.abernathy@klgates.com
   brian.arnold@klgates.com
12
   Attorneys for Defendant
13 GOOGLE INC.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware]*

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

17 VISUAL INTERACTIVE PHONE               Case No:  C 11-05766 JW
   CONCEPTS, INC., a Nevada Corporation,
18                                        **STIPULATION AND [~~PROPOSED~~]
                Plaintiff,                ORDER PURSUANT TO CIVIL LOCAL
19                                        RULE 6-2 TO EXTEND CMC
         v.                               DEADLINES**
20
   GOOGLE INC., a Delaware Corporation,
21
22              Defendant

---

STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 TO EXTEND CMC
DEADLINES
CASE NO. C 11-05766 JW

Pursuant to Civil Local Rule 6-2, Defendant Google Inc. ("Google") and Plaintiff Visual Interactive Phone Concepts, Inc. ("VIPC") hereby stipulate as follows:

WHEREAS, on May 27, 2011, VIPC filed suit against Google in the Eastern District of Michigan (Dkt. No. 1);

WHEREAS, on October 20, 2011, the Eastern District of Michigan Court held a scheduling conference and issued a scheduling order on October 25, 2011 (Dkt. No. 25);

WHEREAS, on November 22, 2011, the Eastern District of Michigan Court ordered the above-captioned case transferred to the Northern District of California (Dkt. No. 28) and vacated the previously issued scheduling order, stating that the Northern District of California Court would set new dates for discovery, including the exchange of initial disclosures and the timing for responses to any written discovery previously served by the parties in this case (Dkt. No. 28);

WHEREAS, on December 1, 2011, the above-captioned case was transferred to the Northern District of California (Dkt. No. 29);

WHEREAS, Magistrate Judge Laporte scheduled an Initial Case Management Conference for March 13, 2011 (Dkt. No. 30);

WHEREAS, on January 13, 2012, the above-captioned case was reassigned to Judge Illston (Dkt. No. 36);

WHEREAS, Judge Illston scheduled an Initial Case Management Conference for March 16, 2012 (Dkt. No. 46);

WHEREAS, on December 15, 2011, a Request for *Ex Parte* Reexamination was filed with the USPTO asserting that all claims of the '361 Patent are invalid;

WHEREAS, on December 15, 2011, a separate Request for *Ex Parte* Reexamination was filed with the USPTO asserting that all claims of the '092 Patent are invalid;

WHEREAS, on January 31, 2012, the USPTO granted the request for *ex parte* reexamination of the '092 patent, finding a substantial new question of patentability as to all claims of the '092 Patent;

WHEREAS, on February 8, 2012, the USPTO granted the request for *ex parte*

1  reexamination of the '361 patent, finding a substantial new question of patentability as to all
2  claims of the '361 Patent;
3        WHEREAS, on February 15, Google filed an Administrative Motion to Relate this case
4  to Visual Interactive Phone Concepts, Inc. v. Big Planet, Inc., et al., (No. C 99-20936 JW). (Dkt.
5  No. 120);
6        WHEREAS, this Court granted Google's Motion to Relate on February 22, 2012 and the
7  case was transferred to the Honorable Judge Ware (Dkt. No. 54);
8        WHEREAS, on March 6, 2012, Google filed a Motion to Stay Proceedings Pending
9  Reexamination of U.S. Patent Nos. 5,606,361 and 5,724,092 (Dkt. No. 55);
10        WHEREAS, on March 9, 2012, Google filed a Notice of Continuance of Hearing Date
11  for Google's Motion to Stay Proceedings Pending Reexamination of U.S. Patent Nos. 5,606,361
12  and 5,724,092, continuing the hearing date from April 23, 2012 until April 30, 2012 (Dkt. No.
13  57);
14        WHEREAS, the Initial Case Management Conference in this case is currently scheduled
15  for March 26, 2012 and the joint Case Management Statement is due on March 16, 2012;
16        WHEREAS, the parties have agreed to request an extension of the foregoing dates, to
17  conserve judicial and party resources and for the convenience of the Court and parties, as
18  follows: (i) the parties have agreed to request that the Initial Case Management Conference in
19  this case be continued from March 26, 2012 to April 30, 2012 to coincide with the hearing on
20  Google's Motion to Stay (see Dkt. No. 57); and (ii) the parties have further agreed to request that
21  the deadline for the Case Management Conference Statement be continued accordingly (Yang
22  Decl., ¶¶ 3-4);
23        WHEREAS, the extension of the foregoing dates will not affect any other Court-ordered
24  dates (Yang Decl., ¶ 7);
25        WHEREAS, this is the parties' first request for extension of these dates and, if granted,
26  would be the third extension of the Initial Case Management Conference dates (Yang Decl., ¶ 6).
27        IT IS HEREBY STIPULATED by VIPC and Google, through their counsel of record, to
28

request that the Initial Case Management Conference be continued from March 26, 2012 to April 30, 2012 to coincide with the hearing on Google's Motion to Stay; and the deadline for the Case Management Conference Statement be continued accordingly.

IT IS SO STIPULATED.

Dated:  March 9, 2012                                K&L GATES LLP


By: /s/Michael J. Bettinger
    Michael J. Bettinger
    Attorneys for Defendant GOOGLE INC.

By: /s/Thomas D. Mauriello
Thomas D. Mauriello
MAURIELLO LAW FIRM, APC
350 Sansome Street, Suite 400
San Francisco, CA 94104
(415) 677-1238 (telephone)
(949) 606-9690 (facsimile)
tomm@maurlaw.com

MANTESE HONIGMAN ROSSMAN
and WILLIAMSON, P.C.
Gerard V. Mantese (*pro hac vice*)
gmantese@manteselaw.com
Ian M. Williamson (*pro hac vice*)
iwilliamson@manteselaw.com
Brendan H. Frey (*pro hac vice*)
bfrey@manteselaw.com
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 (telephone)
(248) 457-9201 (facsimile)


*Attorneys for Plaintiff*

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
2 penalty of perjury that concurrence in the e-filing of this document, **STIPULATION AND**
3 **[PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 TO EXTEND CMC**
4 **DEADLINES**, has been obtained from Thomas D. Mauriello.

7  Dated:  March 9, 2012          Respectfully Submitted,

8                  /s/    *Michael J. Bettinger*
                    Michael J. Bettinger