MICHAEL J. BETTINGER (STATE BAR NO. 122196)
IRENE YANG (STATE BAR NO. 245464)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:   (415) 882-8200
Facsimile:    (415) 882-8220
mike.bettinger@klgates.com
irene.yang@klgates.com

MICHAEL J. ABERNATHY (*PRO HAC VICE*)
BRIAN J. ARNOLD (*PRO HAC VICE*)
K&L GATES LLP
70 West Madison, Suite 3100
Chicago, Illinois 60602
Telephone:  312.372.1121
Facsimile:   312.827.8000
michael.abernathy@klgates.com
brian.arnold@klgates.com

Attorneys for Defendant
GOOGLE INC.

**APPROVED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., a Nevada Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>             Defendant | Case No:  C 11-05766 JW<br><br>**NOTICE OF CONTINUANCE OF HEARING DATE FOR GOOGLE'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NOS. 5,606,361 AND 5,724,092**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING REQUESTED**<br><br>Date:         April 30, 2012<br>Time:        9:00 a.m.<br>Courtroom: 9<br>Judge:        Honorable James Ware |

1  Pursuant to Civil Local Rule 7-7(a), Defendant Google Inc. ("Google") hereby requests
2  that the hearing date for Google's Motion to Stay Proceedings Pending Reexamination of U.S.
3  Patent Nos. 5,606,361 and 5,724,092 (Dkt. No. 55) be continued from April 23, 2012 at 9:00
4  a.m. to April 30, 2012 at 9:00 a.m.  No opposition to the Motion to Stay has been filed yet, and
5  this notice of continuance is being filed prior to the date on which the opposition is due pursuant
6  to Civil L.R. 7-3(a).  Counsel for Plaintiff Visual Interactive Phone Concepts, Inc. ("VIPC")
7  does not oppose this continuance.

Dated:  March 9, 2012                                **K&L GATES LLP**


                                                    By: */s/ Michael J. Bettinger* _____
                                                         Michael J. Bettinger
                                                         Attorney for Defendant GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of March, 2012 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated:  March 9, 2012                     **K&L GATES LLP**


                                          By:  */s/ Michael J. Bettinger*  _____
                                                 Michael J. Bettinger
                                                 Attorney for Defendant GOOGLE INC.