UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISUAL INTERACTIVE
PHONE CONCEPTS, INC.,

    Plaintiff,

    v.

GOOGLE INC.,

    Defendant.
_____/

No. C 11-5766 PJH

**ORDER GRANTING MOTION TO WITHDRAW AND STAYING CASE FOR 45 DAYS**

Before the court is plaintiff's counsel's motion to withdraw as lead counsel and to stay the case for 90 days.  Defendant does not oppose withdrawal, but requests that the case be stayed for only 45 days, so that the court may keep its current claim construction schedule, which provides for the close of claim construction discovery on January 24, 2014, the filing of opening claim construction briefs on February 21, 2014, and a Markman hearing on May 21, 2014.

The court notes that a 90-day stay would last until January 13, 2014, which would require continuing the claim construction discovery deadline, and would almost certainly require changing the claim construction briefing and hearing schedule.  Accordingly, while the court does GRANT the motion to withdraw, it orders that the case be stayed for only 45 days (until **November 29, 2013**), so that the court may maintain its current schedule for this case.  If plaintiff is unable to engage new lead counsel within 45 days, this case (including all claims and counterclaims) shall be dismissed without prejudice.

The October 23, 2013 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: October 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge