UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISUAL INTERACTIVE
PHONE CONCEPTS, INC.,

    Plaintiff,

    v.

GOOGLE INC.,

    Defendant.
_____/

No. C 11-5766 PJH

**ORDER TO SHOW CAUSE**

On October 15, 2013, the court stayed this action for 45 days to allow plaintiff to engage new lead counsel. See Dkt. 86. The order further stated that, if plaintiff was unable to engage new counsel before November 29, 2013, the case (including all claims and counterclaims) would be dismissed without prejudice. The deadline has passed, and plaintiff has not indicated whether it has found new lead counsel. Accordingly, the court hereby orders plaintiff to show cause as to why this case should not be dismissed pursuant to the court's order dated October 15, 2013. Plaintiff is ordered to file a response to this order, indicating the status of its search for new lead counsel, by **December 19, 2013**. If plaintiff indicates that it has not engaged new lead counsel, or if plaintiff fails to respond to this order, the case shall be dismissed.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge