UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISUAL INTERACTIVE
PHONE CONCEPTS, INC.,

    Plaintiff,

    v.

GOOGLE INC.,

    Defendant.
_____/

No. C 11-5766 PJH

**ORDER DISMISSING CASE**

On October 15, 2013, the court stayed this action for 45 days to allow plaintiff to engage new lead counsel. See Dkt. 86. The order further stated that, if plaintiff was unable to engage new counsel before November 29, 2013, the case (including all claims and counterclaims) would be dismissed without prejudice. On December 18, 2013, the court received a letter sent on behalf of plaintiff indicating that new lead counsel had not been retained, and requesting that the action be dismissed. See Dkt. 88, Ex. A. Accordingly, pursuant to plaintiff's request, the case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge